IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOMINGUEZ HURRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:21-cv-673-ECM |
| ) | [WO] |
| GENERAL MOTORS LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It appears to the Court that the allegations of the Plaintiffs' Complaint (doc. 1) may be insufficient to invoke this Court's diversity jurisdiction. Specifically, the Court questions whether the Complaint sufficiently alleges that the amount in controversy requirement is met, either for purposes of ordinary diversity jurisdiction or CAFA. *See* 28 U.S.C. § 1332(d). For example, the Complaint alleges that Plaintiff Scott Goodwin purchased a new 2013 Chevrolet Silverado which later experienced an "Oil Consumption Defect." (Doc. 1 at 8–9). The Complaint further alleges that, had GM disclosed the Oil Consumption Defect, Mr. Goodwin would not have purchased the Silverado or would have paid less for it. (*Id.* at 9, para. 33). However, the Complaint does not allege facts regarding the purchase price of Mr. Goodwin's Silverado, the Silverado's value, or any other facts from which the Court could ascertain whether the amount in controversy requirement is met.

Thus, the Court concludes that the Plaintiffs should file a brief addressing whether the Court has subject matter jurisdiction over this action. Accordingly, it is

ORDERED that on or before **June 21, 2022**, the Plaintiffs shall file a brief addressing the jurisdictional issue raised herein. It is further

ORDERED that, to the extent the Defendant wishes to be heard on the jurisdictional issue, the Defendant may file a response brief on or before **June 28, 2022**.

Done this 6th day of June, 2022.

                                   /s/ Emily C. Marks
                               EMILY C. MARKS
                               CHIEF UNITED STATES DISTRICT JUDGE