IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOMINGUEZ HURRY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:21-cv-673-ECM |
| | ) |
| GENERAL MOTORS LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor

of the Defendant and against the Plaintiffs, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiffs for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 12th day of September, 2023.

                                              /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE